UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CRESPIN LIESELOTTE,<br><br>    Defendant. | Case No. 15-cv-04388-EDL<br><br>**ORDER TO FILE MOTION FOR DEFAULT JUDGMENT** |

Plaintiff filed this suit for violation of the Americans With Disabilities Act against Defendants Los Molcajetes and Crespin Lieselotte on September 24, 2015. Plaintiff then voluntarily dismissed Los Molcajetes and the Clerk of Court entered default against Crespin Lieselotte, the only remaining defendant. Plaintiff is hereby Ordered to either dismiss the action in its entirety or file a motion for default judgment by no later than June 1, 2016. If Plaintiff does not make the required filing, the action may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 16, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge