RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: russell@humphreylawgroup.net

Attorney for Plaintiff
FRANCISCA MORALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>PLAINTIFF,<br>v.<br><br>LOS MOLCAJETES, et al.<br><br>DEFENDANTS. | Case No. 3:15-cv-04388-EDL<br><br>**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT** |

TO DEFENDANT CRESPIN LIESELOTTE AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on February 7, 2017 at 9:00 a.m., or as soon thereafter as this matter may be heard by the above-entitled Court, located at the United States Courthouse, 450 Golden Gate Avenue, San Francisco, Ca. 94102, plaintiff will present its application for a default judgment against defendant Crespin Lieselotte.  The clerk has previously entered the default of said defendant on April 11, 2016.

At the time and place of hearing, plaintiff will present proof of the following matters:

1. Defendant Crespin Lieselotte is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and
2. Said defendant has not appeared in this action.
3. Plaintiff is entitled to judgment against said defendant on account of the claims pleaded in the complaint, to wit violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §12182(a), 42 U.S.C. §12182(b)(1)(A)(I); violations of California Civil Code §51 et seq.; violations of California Civil Code §54 et seq.
4. The amount of judgment sought is the sum of $12,250.00, as set forth in the declaration of Attorney Russell S. Humphrey.

This Application is based on this Notice, the attached declaration of Attorney Russell S. Humphrey, and the pleadings, files and other matters that may be presented at the hearing.

DATED: November 28, 2016                Russell S. Humphrey, Attorney at Law

*/s/ Russell S. Humphrey*
_____
Attorney for Plaintiff