IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 15-cv-4388 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CRESPIN LIESELOTTE, | |
| Defendant. | |

On June 5, 2017, the Court dismissed this case with prejudice. See Order Adopting R&R (dkt. 30). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 5, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE